**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darren Christopher ROYAL,**
**Defendant–Appellant.**

**No. 15–12121**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 15, 2016.

Jason R. Coody, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff-Appellee.

Michael Robert Ufferman, Michael Ufferman Law Firm, PA, Tallahassee, FL, for Defendant-Appellant.

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Michael Ufferman, counsel for Darren Royal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Royal's convictions and sentences are **AFFIRMED**.